**DISMISS and Opinion Filed June 8, 2022**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00074-CV**

**CVS PHARMACY, INC., Appellant**

**V.**

**FREEMAN EXPOSITIONS, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-12174**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Schenck

Before the Court is appellant's motion to dismiss the appeal because it has

resolved its dispute with appellee. We grant the motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1).

220074f.p05

/David J. Schenck//
DAVID J. SCHENCK
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CVS PHARMACY, INC., Appellant

No. 05-22-00074-CV     V.

FREEMAN EXPOSITIONS, LLC, Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-12174. Opinion delivered by Justice Schenck. Justices Osborne and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee FREEMAN EXPOSITIONS, LLC recover its costs of this appeal from appellant CVS PHARMACY, INC.

Judgment entered this 8th day of June, 2022.